JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO PADILLA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>POWER DESIGN, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-07065-ODW-SSC<br><br>*Assigned for all purposes to the Hon. Otis D. Wright II, Courtroom 5D*<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>[On Removal from the Superior Court of the State of California for the County of Los Angeles, Case No. 23STCV15064]<br><br>Complaint Filed: June 28, 2023<br>Removal Date: August 25, 2023<br>Trial Date: None Set |

## ORDER

On September 20, 2023, the Parties to the above-referenced action filed a Stipulation to Remand Action to the Los Angeles County Superior Court ("Stipulation"). Having reviewed the Stipulation and good cause appearing therefore, the Court hereby **ORDERS** as follows:

1. The Parties' Stipulation is approved.
2. Central District of California Case No. 2:23-CV-07065-ODW-SSC is hereby **REMANDED** to the Superior Court of California, County of Los Angeles, Case No. 23STCV15064 for all further proceedings.
3. The Parties shall each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to the Stipulation and this Order.
4. The Court **VACATES** all dates and deadlines.
5. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

September 20, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE